NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CYTIVA BIOPROCESS R&D AB,**
*Appellant*

v.

**JSR CORP., JSR LIFE SCIENCES, LLC,**
*Cross-Appellants*

2023-2074, 2023-2075, 2023-2191, 2023-2192, 2023-2193, 2023-2194, 2023-2239, 2023-2252, 2023-2253, 2023-2255

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00036, IPR2022-00041, IPR2022-00042, IPR2022-00043, IPR2022-00044, IPR2022-00045.

**O R D E R**

Appeal Nos. 2023-2074 and 2023-2075 were consolidated by the Court's Order dated July 12, 2023. The Court now consolidates with those appeals: (A) Appeal Nos. 2023-2191, 2023-2192, 2023-2193, 2023-2194, and (B) Cross-Appeal Nos. 2023-2239, 2023-2252, 2023-2253, and 2023-2255.

Accordingly,

IT IS ORDERED THAT:

The appeals and cross-appeals are consolidated, and thus one set of briefs should be filed for the 10 cases. The revised official caption is reflected above. The Certified Lists for Appeal Nos. 2023-2191, 2023-2192, 2023-2193, and 2023-2194, and for Cross-Appeal Nos. 2023-2239, 2023-2252, 2023-2253, and 2023-2255, are due September 18, 2023.

The briefing schedule for the consolidated appeals is as follows: The principal brief of Cytiva Bioprocess R&D AB ("Cytiva"), addressing only Appeal Nos. 2023-2074, 2023-2075, 2023-2191, 2023-2192, 2023-2193, and 2023-2194, is due no later than 60 days after service of the last Certified List. The principal and response brief of JSR Corp. and JSR Life Sciences, LLC ("JSR") addressing all of the appeals, is due no later than 40 days after service of Cytiva's principal brief. Cytiva's response and reply brief, addressing all of the appeals, is due no later than 40 days after service of JSR's principal and response brief. JSR's reply brief, addressing only Appeal Nos. 2023-2239, 2023-2252, 2023-2253, and 2023-2255, is due no later than 21 days after service of Cytiva's response and reply brief.

FOR THE COURT

August 16, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court