# United States Court of Appeals for the Federal Circuit

---

**CYTIVA BIOPROCESS R&D AB,**
*Appellant*

**v.**

**JSR CORP., JSR LIFE SCIENCES, LLC,**
*Cross-Appellants*

---

2023-2074, 2023-2075, 2023-2191, 2023-2192, 2023-2193, 2023-2194, 2023-2239, 2023-2252, 2023-2253, 2023-2255

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00036, IPR2022-00043, IPR2022-00041, IPR2022-00042, IPR2022-00044, IPR2022-00045.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND REVERSED-IN-PART**

FOR THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court